## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Bankruptcy Case No.** |
| **Jesse Basich,** ) | |
| ) | **16 B 39834** |
| Debtor(s). ) | |
| ) | |

**ORDER AND NOTICE OF STATUS HEARING ON THE CHAPTER 11 PETITION IN BANKRUPTCY**

To: J Kevin Benjamin, Benjamin & Brand LLP 1016 W. Jackson Blvd., Chicago, IL 60607

IT IS HEREBY ORDERED THAT the Court will hold a status hearing on the **chapter 11 petition** and a continued hearing on the **motion of Crown Mortgage Company for relief from stay (Re: docket #23)** on **February 9, 2017, at 10:00 a.m.**, before the Honorable Jacqueline P. Cox, Everett McKinley Dirksen Building, 219 South Dearborn Street, Courtroom 680, Chicago, Illinois.

Please take further notice that your attendance is required at this hearing.

Dated: JAN 11 2017

/s/ J. Cox
**Jacqueline P. Cox**
**Bankruptcy Judge**

cc: U.S. Trustee

### Certificate of Mailing

I hereby certify that on January 11, 2017, I caused to be served copies of the above Order and Notice of Status Hearing to the parties listed via the Court's Electronic Notification System upon the entry of this document on the Court's docket.

/s/ Josephine Green
**Josephine Green**
**Courtroom Deputy**