UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-39834 |
| JESSE BASICH | ) ) ) ) ) ) | Chapter: 11<br>Honorable Jacqueline Cox |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR FINAL DECREE

This cause coming on to be heard upon the Motion of the Debtor and the Debtor in possession, Jesse Basich, for entry of a Final Decree and Order closing the above-referenced bankruptcy proceeding (the "Motion), due notice of the Motion having been given to all parties entitled thereto, and the court being fully advised in the premises;

The Court finding that the Debtor has demonstrated substantial consummation of the Plan as defined in 11 U.S.C. Section 1101(2), and that it is in the interests of judicial and private economy, to close the case;

IT IS HEREBY ORDERED:

1. The Motion for Final Decree is granted;

2. The bankruptcy case of Jesse Basich, 16-39834, is closed, with a reservation of jurisdiction to reopen this case for any reason stated in the confirmed chapter 11 Plan and/or Disclosure Statement.

Enter:

*J. P. Cox* / *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: **2-28-18**

**Prepared by:**
J. Kevin Benjamin, Esq.
(ARDC #: 6202321)
Theresa S. Benjamin, Esq.
(ARDC #: 6230425)
Benjamin | Brand | LLP
1016 West Jackson Blvd.
Chicago, Illinois 60607-2914
Phone: (312) 853-3100

Rev: 20170105_bko